UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KARIM L. GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:10CV2136 RWS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Karim George's appeal from an adverse ruling of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Nannette A. Baker who filed her Report and Recommendation on March 6, 2012. Judge Baker recommended that the Commissioner's decision to deny benefits should be reversed and that this case should be remanded for further proceedings. Judge Baker recommends that the Administrative Law Judge should re-evaluate the opinion of Plaintiff's treating psychologist, Dr. Kosuri, in a manner consistent with Judge Baker's Report and Recommendation. In addition, Judge Baker recommends that the ALJ re-assess Plaintiff's residual functional capacity in a manner consistent with Judge Baker's Report and Recommendation.

Any objections to Judge Baker's Report and Recommendation had to be filed by March 20, 2012. Plaintiff filed a limited objection on March 12, 2012. Plaintiff does not object to the substance of Judge Baker's Report and Recommendation. Plaintiff simply requests that the scope of review on remand be limited to "the period of the alleged onset date of disability of November 20, 2007, through January 16, 2010, but allowing consideration of relevant information from all dates."

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Nannette A. Baker [#20] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED that**, pursuant to sentence-four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings in accordance with the Report and Recommendation. The scope of review on remand is limited to "the period of the alleged onset date of disability of November 20, 2007, through January 16, 2010, but allowing consideration of relevant information from all dates."

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of March, 2012.